**FEATHERCOMBS, INC., Plaintiff-Appellee,**

v.

**SOLO PRODUCTS CORPORATION, Defendant-Appellant.**

No. 247, Docket 25491.

United States Court of Appeals Second Circuit.

Argued Jan. 16, 1959.

Decided Jan. 16, 1959.

Harvey W. Mortimer, of Darby & Darby, New York City (Howard C. Miskin, Chicago, Ill., on the brief), for appellant.

Stewart W. Richards, of Cooper, Dunham, Dearborn & Henninger, New York City (John B. Cunningham, New York City, on the brief), for appellee.

Before MEDINA, LUMBARD, and BURGER, Circuit Judges.

PER CURIAM.

Order affirmed in open court; action remanded for trial during the first week in February before Hon. Edmund L. Palmieri, D. J. or such other judge as Hon. John W. Clancy, Ch. J. may direct. Motion for a stay denied; plaintiff's bond increased on consent to $25,000.

---

**R. L. McMURTRY and Mary P. McMurtry, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 17387.

United States Court of Appeals Fifth Circuit.

Jan. 29, 1959.

Arthur Glover, Amarillo, Tex., for petitioner.

C. Guy Tadlock, Harry Baum, Lee A. Jackson, Dept. of Justice, Washington, D. C., John M. Morawski, Sp. Atty., I. R. S., Washington, D. C., Arch M. Cantrall, Chief Counsel, I. R. S., Washington, D. C., Charles K. Rice, Asst. Atty. Gen., for respondent.

Before HUTCHESON, Chief Judge, and RIVES and JONES, Circuit Judges.

PER CURIAM.

The issues here presented and the facts by which they are presented are set forth in the opinion of the Tax Court. McMurtry v. Commissioner, 29 T.C. 1091. We are in agreement with the Tax Court's determination. Its decision is

Affirmed.